In the Matter of THE CITY OF NEW YORK, Carrying Bronx River Parkway Drive across the New York and Harlem Railroad at a Point about 250 Feet South of East Two Hundred and Thirty-third Street, Borough of The Bronx. NEW YORK and HARLEM RAILROAD COMPANY and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellants; THE CITY OF NEW YORK, Respondent.†— Decision affirmed,

* Affd., 254 N. Y. ——.        † Affd., 254 N. Y. ——.

with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN DEVICH, Respondent, v. THE ORSENIGO COMPANY, INC., Appellant.— Judgment modified by reducing the judgment as entered to the sum of $4,805.90, and as so modified affirmed, with costs to the respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

A. S. ROSENTHAL COMPANY, Respondent, v. THE BRILLIANT SILK MFG. CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.